IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**GASPAR PEREZ**,
*Individually and on behalf of all other similarly situated current and former employees*,

Plaintiff

v.

**JAI MATA, INC.**
*d/b/a* **SITAR INDIAN RESTAURANT,**

Defendant

No. 3:20-cv-00101
**Judge Trauger**

**FLSA Opt-in Collective Action**

JURY DEMANDED

## PLAINTIFF'S MOTION FOR EXTENSION OF SERVICE DEADLINE

Plaintiff, Gaspar Perez, individually, and on behalf of himself and all similarly situated, hereby moves the Court for a thirty (30) day extension of the deadline to serve Defendant.

As grounds for continuance, Plaintiff states that his process server has been attempting service on Defendant's registered agent at its primarily place of business listed with the Tennessee Secretary of State, 116 21st Avenue, N., Nashville, Tennessee 37201, since February 20, 2020. Plaintiff's process server has obtained service on the Defendant in the past, but has informed Plaintiff that it took some time to track down the registered agent in order to effectuate service then.

Making matters more difficult is the fact that Defendant is a restaurant and has not been operating at full capacity for some time due to the COVID-19 pandemic. While Plaintiff's process server has continued to attempt service during the pandemic, he believes that Defendant's

1

registered agent has not been present during this time. Additionally, Plaintiff has been informed by his process server that the restaurant seems to be running with only three (3) to four (4) individuals present at a time. Plaintiff believes that the city of Nashville, Tennessee plans to reopen restaurants on May 15, 2020 and, therefore, requests time after this date to attempt service on the proper individual designated to accept service for Defendant.

Therefore, Plaintiff requests a thirty (30) day extension to attempt service on Defendant.

Respectfully Submitted,

*s/ Robert E. Turner, IV*
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Nathaniel A. Bishop (TN BPR #35944)
**JACKSON, SHIELDS, YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*rturner@jsyc.com*
*nbishop@jsyc.com*

and

Nina H. Parsley (TN BPR # 23818)
**MICHAEL D. PONCE & ASSOCIATES**
Attorneys at Law
400 Professional Park Drive
Goodlettsville, Tennessee 37072
Telephone: (615) 851-1776
Facsimile: (615) 859-7033
nina@poncelaw.com

**ATTORNEYS FOR PLAINTIFF AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

2

## CERTIFICATE OF SERVICE

       I hereby certify that this Motion for Extension was filed electronically on this the 4th day of May, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing and mailed to Ashok Kumar at 116 21st Avenue, North; Nashville, Tennessee 37201.

       *s/ Robert E. Turner, IV*